The next case for argument is 16-2196, Lummi Tribe v. United States.